[Cite as *Morgan v. Ohio Dept. of Rehab. & Corr.*, 2011-Ohio-2617.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JIMMY L. MORGAN

      Plaintiff

      v.

OHIO DEPARTMENT OF REHABILITATION AND CORRECTION

      Defendant

      Case No. 2009-07695

Judge Joseph T. Clark
Magistrate Matthew C. Rambo

<u>JUDGMENT ENTRY</u>

**{¶ 1}** On April 11, 2011, the magistrate issued a decision recommending judgment for plaintiff in the amount of $366.50.

**{¶ 2}** Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

**{¶ 3}** The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein.

**{¶ 4}** Judgment is rendered for plaintiff in the amount of $366.50. Court costs are assessed against defendant. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
JOSEPH T. CLARK
Judge

cc:

Steven C. McGann　　　　　　Jimmy L. Morgan, #349-586
Assistant Attorney General　　　Allen Correctional Institution
150 East Gay Street, 18th Floor　2338 North West Street
Columbus, Ohio 43215-3130　　 P.O. Box 4501
　　　　　　　　　　　　　　　　Lima, Ohio 45802-4501

MR/cmd
Filed May 5, 2011
To S.C. reporter May 26, 2011